# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**WILLIAM C. TURNAGE**                                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.:  3:09cv165-TSL-JCS**

**I. C.  SYSTEM, INC.**                                                    **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, the Parties, having reached a settlement and having settled all matters between them, jointly move the Court by Motion *ore tenus* for an order dismissing this action with prejudice.  Such Motion is well taken and is hereby GRANTED. Therefore, this matter is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This 22nd day of May, 2009.

/S/ TOM S. LEE_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ William C. Turnage
WILLIAM C. TURNAGE (MSB #8134)
ATTORNEY AT LAW
1850 Aztec Drive
Jackson, Mississippi
Telephone:    (601) 982-7689
*Plaintiff Pro Se*

And

/s/ Jennifer G. Hall
JENNIFER G. HALL (MSB #100809)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 NORTH, MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
Telephone:    (601) 351-2400
Facsimile:    (601) 351-2424
*Attorney for Defendant, I.C. System, Inc.*